UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80565-CIV-MIDDLEBROOKS/JOHNSON

J.B. KARTSPORT, L.C., etc.,

   Plaintiff,

vs.

JOOST BOXOEN KARTSPORT BVBA, etc.,

   Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff JB Florida's Unopposed Motion for Entry of Agreed Order Granting Preliminary Injunction, filed July 9, 2002. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**.

**DONE AND ORDERED** on July 10, 2002, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:  The Honorable Donald M. Middlebrooks
**Moving Party, Erica S. Shultz, Esquire (Fax No. 954-463-2030)
shall fax a copy of the above order to all Counsel**